AO91 (Rev. 12/03) Criminal Complaint  *Felony*  AUSA

# UNITED STATES DISTRICT COURT

Southern District Of Texas Brownsville Division

**UNITED STATES OF AMERICA**
vs.

Dayna Alexa VELASQUEZ
A215 716 416 United States

**CRIMINAL COMPLAINT**

Case Number: B-18- 1530 -

United States District Court
Southern District of Texas
**FILED**

JUN 1 0 2018

David J. Bradley, Clerk of Court

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __June 08, 2018__ in __Cameron__ County, in the __Southern District Of Texas__ defendant(s) knowingly, willfully, and in reckless disregard of the fact that two (2) undocumented alien(s) had entered the United States in violation of law and remained in the United States in violation of law, did transport and move said alien(s) by means of a motor vehicle with intent to further their unlawful presence,

in violation of Title __8__ United States Code, Section(s) __1324(a)(1)(A)(ii)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On June 8, 2018 at approximately 9:30 p.m. agents assigned to the Fort Brown Border Patrol Checkpoint on Highway 4 located in Brownsville, Texas conducted an immigration inspection on a gray 2009 Pontiac G6. The driver, later identified as Dayna Alexa VELASQUEZ stated she was a United States citizen and was accompanied by two adult females. The agent was unable to obtain answers for standard immigration questions from the two adult female passengers. The agent then referred the vehicle to the secondary inspection area.

In the secondary inspection VELASQUEZ was questioned about the two (2) female passengers in the vehicle. VELASQUEZ stated she did not know the female passengers and that they were illegally present in the United States.

At this time it was determined that VELASQUEZ was transporting two (2) undocumented females in her vehicle in an attempt to further their illegal presence into the United States for a monetary gain. At this point, VELASQUEZ was placed under arrest.

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

Cantu, Isaac   Border Patrol Agent
Printed Name of Complainant

Submitted by reliable electronic means, sworn to and signature attested as per Fed. Rules Cr. Proc. 4.1

June 10, 2018                                             at    Brownsville, Texas
Date                                                                City/State

Ignacio Torteya III        U.S. Magistrate Judge
Name of Judge              Title of Judge

_____
Signature of Judge